Civil Action
4-14CV-180-O
Consolidated with 4:14-CV-264-O

Motion to stay at Carswell pending Proceedings
Request for Injunctive Relief

Dear Honorable Judge Reed O'Conner,

Last night my name was placed on call out for the property room. I guess this means I am being packed out for in-transit status to be sent back to MDC Brooklyn.

I filed my habeas corpus according to the file on April 17, 2014 the same day it was consolidated with the Southern District of New York.

It is now June 16, 2014 and my habeas before your honor has not been decided. It appears that before the institutions have to answer I am placed in transit. I have filed the habeas petitioning the fact of my confinement. Because I am being unlawfully imprisoned for a non-existent offense. The statute requirement has not been met and the case was thrown out on August 14, 2012 and I was released from custody on October 10, 2012 and illegally returned.

It is cruel to have me shackled and cuffed, transferred to OKC by bus for 3 hours and then placed in SHU for weeks to be sent back to detention over a non-existent case. I am not mentally or physically able to handle that besides it's dehumanizing.

ORIGINAL

I was also sent to a high security prison in violation of my 5th Amendment right and 14th Amendment. I have also suffered torture and cruel and unusual punishment under the 8th Amendment. I would like a decision either way and a stay until you decide. Therefore, this is a motion to stay pending your conclusion of my habeas since transit places a hardship on me.

Previously I was transferred to Carswell just before MDC Brooklyn had to order show cause for an order entered by the US District Court for the Eastern District of New York on February 14, 2014. The matter was deemed moot on April 14, 2014. 13-cv-0879(ARR) I feel that this is violating my due process and the purpose of my habeas is to end the profound injustice happening to me.

Regina Lewis
6-16-14

Name Reginia Lewis
Reg. No. 67206-054
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 JUN 17   AM 11: 25

CLERK OF COURT

⇔ 67206-054 ⇔
United States District Ct
501 W 10TH ST
FORT Worth, TX 76102
United States

7610236418S

NORTH TEXAS TX PDC
DALLAS TX 750
15 JUN 2014 PM 6 L



USA forever